**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60802-CIV-DAMIAN**

**DAVID SANCHEZ**,

      Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES,**
**LLC, EXPERIAN INFORMATION**
**SOLUTIONS, INC., and TRANS UNION,**
**LLC**,

      Defendants.

_____/

**ORDER GRANTING UNOPPOSED**
**MOTION TO WITHDRAW AS COUNSEL OF RECORD [ECF NO. 28]**

**THIS CAUSE** is before the Court on the Unopposed Motion to Withdraw As Counsel of Record for Defendant Experian Information Solutions, Inc., filed by Blake Jennings Hawthorne, Esq., of Jones Day [ECF No. 28], on May 29, 2026.

THE COURT having reviewed the Motion and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion [**ECF No. 28**] is **GRANTED**. Blake Jennings Hawthorne, Esq., of Jones Day, is permitted to withdraw as counsel for Defendant Experian Information Solutions, Inc., and shall have no further obligations to Experian in this matter. Counsel of record from Goodwin Procter, LLP, will continue to represent Experian in this matter.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 1st day of June, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**